UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
PABLO RAVAZZANI, :
                     Plaintiff, :
              v. :           24-CV-3139 (JPO)
:
JESSICA PARK, *et al.*, :              ORDER
                   Defendants. :
-------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

    Plaintiff Pablo Ravazzani served Defendants Jessica Park and Coming Soon, LLC, on August 5 and 6, 2024. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by October 2, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

                                             J. PAUL OETKEN
                                    United States District Judge