# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PABLO RAVAZZANI,

    *Plaintiff*,

    v.

JESSICA PARK, *et al.*

    *Defendants.*

Civil Case No. 1:24-cv-3139-JPO

Hon. J. Paul Oetken

## DEFAULT JUDGMENT

This action having been commenced on April 24, 2024 by filing of the Complaint; and a copy of the Summons and Complaint having been served pursuant to the Court's order regarding alternative service on Defendants Jessica Park and Coming Soon, LLC d/b/a Ampersand as Apostrophe (together "Defendants") on September 26, 2024; and Defendants having failed to answer the Complaint; and the time for answering having expired; and the Clerk of Court having entered default against Defendants, it is hereby

ORDERED, ADJUDGED AND DECREED:  That Plaintiff shall have judgment of copyright infringement against Defendants.

AND FURTHER ORDERED, ADJUDGED AND DECREED:  That, Plaintiff having elected to recover statutory damages and sustained his burden to show, and the Court hereby finds, that Defendants' infringement is willful pursuant to 17 U.S.C. § 504(c).

AND FURTHER ORDERED, ADJUDGED AND DECREED:  That, in light of the facts and circumstances of Defendants' infringement and their defaulting in this action, Plaintiff is awarded statutory damages of $60,000, together with Plaintiff's full attorneys' fees and costs to

1

date in the total amount of $19,535.00, with interest beginning the date of this Order and continuing

until the judgment is satisfied.


The Clerk of Court is directed to close the motion at Docket Number 23 and close this case.


SO ORDERED.


January 10, 2025
New York, NY

_____
J. PAUL OETKEN
United States District Judge