UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO RAVAZZANI,

Plaintiff,

-v-

JESSICA PARK, *et al.*,

Defendants.

24-CV-3139 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff Pablo Ravazzani moves for an order requiring Defendants Jessica Park and

Coming Soon, LLC d/b/a Ampersand As Apostrophe (collectively, "Defendants") to turn over

funds.  (ECF No. 30.)  Plaintiff also moves this Court for an order imposing sanctions against

Defendants and their counsel.  (ECF No. 48.)

Plaintiff's motion for release of funds is GRANTED.  Defendants and the banks at which

the Defendants' assets are located, namely Bank of America, N.A. and The Vanguard Group,

Inc., shall turn over funds/assets held in out-of-state accounts pursuant to Fed. R. Civ. P. 69(a)(1)

and N.Y.C.P.L.R. § 5225 in order to satisfy the money judgment entered against Defendants.

Having considered Plaintiff's arguments for sanctions under Rule 11 of the Federal Rules

of Civil Procedure in light of the entire record, the Court concludes that Rule 11 sanctions are not

warranted.  Therefore, Plaintiff's motion for sanctions is DENIED.

The Clerk of Court is directed to close the motions at Docket Numbers 30 and 48.

SO ORDERED.

Dated: February 19, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge